IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MICHAEL MARSHALL, )
)
v. ) 2:09-0110
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

     Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #18, be denied, and the decision of the Commissioner be affirmed. The Plaintiff has responded with objections to the Report and Recommendation.

     The Report and Recommendation addresses the objections raised again to the holding of the Administrative Law Judge concerning the severity of Plaintiff's pain. The decision of the Administrative Law Judge is supported by substantial evidence and must, therefore, be affirmed.

     The Report and Recommendation is adopted as the findings of fact and conclusions of law of the Court.

     For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #18, is **DENIED**, the decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED**.

     It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge